

# THE THIRTEENTH COURT OF APPEALS

13-14-00415-CR

Genaro Galvan Acosta Jr.
v.
The State of Texas

On Appeal from the
156th District Court of Live Oak County, Texas
Trial Cause No. L-13-0096-CR-B

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause rendered to the trial court. The Court orders the judgment of the trial court REVERSED and RENDERED.

We further order this decision certified below for observance.

July 9, 2015